UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Richard Aknouk, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
United States of America, ) No. 5:14-CV-773-BO
)
)
        Defendants. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's motion to dismiss [DE 4] is GRANTED and this action is DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on May 1, 2015, and served on:**

Richard Aknouk (via US Mail at 1502 W. Garner Road, Garner, NC 27529)
Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

May 1, 2015

By: Deputy Clerk